# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### _____ DIVISION

**ROBERT LEE JACKSON**
_____

(Enter Above the Name of the Plaintiff in this Action)

vs.

**DAVID STEVENS**
_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

**THE UNITED STATES GOVERNMENT** _____

**STATE OF OHIO** **DAVID STEVENS** _____

**HAMILTON COUNTY PROSECUTORS OFFICE**

**230 EAST NINTH STREET SUITE 4000**

**CINCINNATI OHIO ,45202**

**COMPLAINT**

FILED
RICHARD W. NAGEL
CLERK OF COURT
APR -3 2025 1:07 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

1:25 C V 209

J. COLE

M.J. BOWMAN

I. Parties to the action:

Plaintiff:    Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

**ROBERT LEE JACKSON**
_____

Name - Full Name Please - PRINT

_____

Street Address

**7350 Montgomery Road     Cincinnati Ohio,45236     POBOX 36012**

City, State and Zip Code

**(513) 510-2392**
_____

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **DAVID STEVENS**

   _____
   Name - Full Name Please

   _____
   Address: Street, City, State and Zip Code

2. **230 EAST NINTH STREET S 4000**

   **CINCINNATI OHIO 45202**

3. _____

   **THE UNITED STATES GOVERNMENT**

4. **STATE OF OHIO**

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

**ROBERT LEE JACKSON**

(Enter Above the Name of the Plaintiff in this Action)

**THE UNITED STATES GOVERNMENT**

**STATE OF OHIO**

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

**230 EAST NINTH STREET S 4000    DAVID STEVENS**

**CINCINNATI OHIO 45202**

_____

_____

**COMPLAINT**

I.    Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Name - Full Name Please - PRINT

**ROBERT LEE JACKSON**

Street Address

**7350 Montgomery Road   Cincinnati Ohio 45236    POBOX 36012**

City, State and Zip Code

**(513) 510-2392**

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

The United States District Federal Court of Ohio

Western    Division                              Case No.

Southern Division

100  East  Fifth Street , Cincinnati  Ohio, 45202

Plaintiff:  Robert lee Jackson                    Classifications

Vs                                                Civil Rights Lawsuit

Defendants:                                       (1) 28 U.S code 2513

The United States Government :                    (2) T 28 U.S code 4101

The State of Ohio :                               (3) Miranda Warning

The Hamilton County Prosecutors Office:           U.S code 384 U.S 436

Officers: Chief Prosecutors Joseph Deters.        (4)   (O D R C ) Penal

David Stevens.                                     Numbers Deleted all

230 East Ninth Street suite 4000                  (5)  Police Reports

Cincinnati Ohio ,45202                            (6) Indictment Info.

The Cincinnati Police law Enforcement Officers       ORC 2941.01

310  Ezzard Charles Dr.   District One            (7) Corrupt Activity

Cincinnati Ohio 45214                                ORC 2923.31

Appellate Court of Appeals (first District )      (8) Altered Falsified

230 East Ninth Street  Cincinnati Ohio 45202      Records Tampering

                                                  2913.42 -2921.12

                                                  5703.26 -18 US 1519

                                                  (9) Conspiracy 2923.01

Certificate of  Service                           (10) 18 USC Chapter 19

Notary Republic

Served to The United States District Federal Court of Ohio Clerks
Office. This Date   April              Day  3rd         Year  2025

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number            Caption

**Yes**

_____     _____ vs. _____

_____     _____ vs. _____

_____     _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

_____

**HR 4311-118th Congress (2024- 2025) Entry Motion Deletions Offenses ,Penal Convictions**

_____ **Social Security Number**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _**3rd**_ day of _____**April**_____ , 20_**2025**_

**ROBERT LEE JACKSON**
_____

Signature of Plaintiff

-4-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

**ROBERT LEE JACKSON**
_____

(Enter Above the Name of the Plaintiff in this Action)

**THE UNITED STATES GOVERNMENT**

**STATE OF OHIO**
_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

**230 EAST NINTH STREET S 4000**   **DAVID STEVENS**
_____

**CiNCINNATI OHIO 45202**
_____

_____

_____

1:25CV209

J. COLE

~~M.J. BOWMAN~~

**COMPLAINT**

I.  Parties to the action:

Plaintiff:    Place your name and address on the lines below. The address you give must be the address where
the court may contact you and mail documents to you. A telephone number is required.

_____
Name - Full Name Please - PRINT

**ROBERT LEE JACKSON**
_____
Street Address

**7350 Montgomery  Road**   **Cincinnati Ohio,45236**   **POBOX 36012**
_____
City, State and Zip Code

**(513) 510-2392**
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this
form.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                          Caption

**Don't remember case number**        **Robert lee Jackson   Alfred Motors LTD**

_____      _____ vs. _____

_____      _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

_____

**HR 4311-118th Congress (2024- 2025)  Entry Motion Deletions Offenses ,Penal Convictions**

**0.5 M 4hundred thousand dollars**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this **3rd** day of _____**April**_____, 20 **2025**

**ROBERT LEE JACKSON**
_____
Signature of Plaintiff

-4-



**JUDGES:**
PENELOPE R. CUNNINGHAM
RUSSELL J. MOCK
MARILYN ZAYAS
BETH A. MYERS
CHARLES M. MILLER
DENNIS DETERS

# COURT OF APPEALS
# OHIO FIRST DISTRICT

WILLIAM HOWARD TAFT LAW CENTER
230 EAST NINTH STREET
CINCINNATI, OHIO 45202-2138

513.946.3500    FAX 513.946.3412
www.hamilton-co.org/appealscourt

KEITH SAUTER
COURT ADMINISTRATOR

MARK WATERS
ASSISTANT ADMINISTRATOR

KATHLEEN B. KEENEY
SENIOR STAFF ATTORNEY

STATE OF OHIO,

    Plaintiff-Appellee,

Vs.

ROBERT LEE JACKSON,

    Defendant-Appellant.



D121338155

:

APPEAL NO: C180160

TRIAL NO: B1705238

## ACCELERATED CALENDAR SCHEDULING ORDER

Having reviewed the notice of appeal and docket statement filed herein, and pursuant to Local Rule 3.3 and 11.1.1(B), it is the Order of this Court that this cause be placed on the Court's accelerated calendar.

It is Ordered that the complete record of this action be filed on or before <u>06/08/2018</u>. (See paragraphs one and two of the enclosed.)

The appellant's brief shall be filed on or before <u>07/09/2018</u>.
The appellee's brief shall be filed on or before <u>08/10/2018</u>.

(See paragraph four of the enclosed.)

Counsel who wish to submit the appeal to the Court without oral argument should submit a written request to the court at least three working days prior to the hearing.

NOTE: Enclosed with this Order are several admonitions. These admonitions should be reviewed.

To The Clerk:

Enter upon the Journal of the Court on <u>March 23, 2018</u> per order of the Court.

By: _____
    Presiding Judge

(Copy sent to counsel)

PLAINTIFF'S
EXHIBIT

ENTERED
MAR 23 2018



# HAMILTON COUNTY
# P U B L I C   DEFENDER

COMMISSION MEMBERS
KATHLEEN BRINKMAN, CHAIR
JOHN DELANEY
WILLIAM R. GALLAGHER
STEVEN P. GOODIN
ELIZABETH A. SIMMONS CALLAN

LAW OFFICE OF THE HAMILTON COUNTY PUBLIC DEFENDER
WILLIAM HOWARD TAFT LAW CENTER
230 EAST NINTH STREET, SECOND FLOOR
CINCINNATI, OHIO 45202
TELEPHONE 513-946-3700  FAX 513-946-3707

PUBLIC DEFENDER
RAYMOND T. FALLER

DEPUTY PUBLIC DEFENDER
KATHLEEN A. ANCONA

April 9, 2019

Mr. Robert Lee Jackson
Inmate # A742605
Pickaway Correctional
11781 State Route 762
Orient, Ohio 43146

    RE:  State of Ohio v. Jackson
           Appeal No. C180160

Dear Mr. Jackson:

    Enclosed please find a copy of the letter from the First District Court of Appeals, setting the oral argument date of your appeal for June 10, 2019 at 9:00 a.m.  At that hearing, I will explain the written argument discussed in your brief.

    After your oral argument, the First District Court will issue its decision in your case.  There is no set time frame for when that decision will be issued, but the court usually issues its decision within six months.

    If you have any questions, please write me.

                Sincerely,

                David H. Hoffmann

DHH/aeo
Enclosure

DIGNITY · JUSTICE · HOPE

# COURT OF APPEALS
## FIRST APPELLATE DISTRICT
## HAMILTON COUNTY, OHIO

STATE OF OHIO,                    :       APPEAL NO. C1800160

    Plaintiff-Appellee        :

vs.                               :

ROBERT L. JACKSON,                :

    Defendant-Appellant       :

## PLAINTIFF-APPELLEE'S MOTION TO EXTEND TIME FOR FILING THE BRIEF

Now comes Plaintiff-Appellee, State of Ohio, by and through undersigned counsel, and respectfully requests that this Court permit an extension of time for filing the Plaintiff/Appellee brief up to and including December 20th, 2018, for the reason that counsel for Plaintiff-Appellee requires additional time to prepare its response brief. This Motion is unopposed.

Respectfully submitted,

/s/ Keith W. Schneider, Esq.
Keith W. Schneider (0041616)
Maguire Schneider Hassay, LLP
1650 Lake Shore Drive, Ste. 150
Columbus, Ohio 43204
Phone: 614-224-1222
Fax: 614-224-1236
Special Prosecuting Attorney for
Plaintiff-Appellee

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served upon David H. Hoffmann, Esq., by facsimile to (513) 946-3840, this 16th day of November, 2018.

/s/ Keith W. Schneider, Esq.
Keith W. Schneider (0041616)

COURT OF APPEALS
FIRST APPELLATE DISTRICT
HAMILTON COUNTY, OHIO

ENTERED
JUN 11 2018

STATE OF OHIO,                    :        APPEAL NO. C1800160

    Plaintiff-Appellee           :

vs.                               :

ROBERT L. JACKSON,                :        ENTRY EXTENDING TIME FOR
                                           FILING RECORD AND BRIEF
    Defendant-Appellant          :


Upon Defendant-Appellant's Motion to Extend Time, that Motion is well taken and hereby granted. Defendant-Appellant has until July 9, 2018 to file the record and until August 8, 2018 to file his brief.


To The Clerk: 13

Enter upon the Journal of the Court on ___JUN 11 2018___, 201_ per order of the Court.

By: _____
       Presiding Judge


PLAINTIFF'S EXHIBIT


D122146595

Appellate Court of Appeals

Pages 2               First District Court

1               230 EastNinth Street,Cincinnati,Ohio,45202

_____

:

:               Case B1705238

Case C1800160

State of Ohio

V               Motion:

Robert Lee Jackson        **Writ of  Certiorari**


Now comes Petitioner,Defendant by the State of Ohio initialy mention
in Defendant Notice of Appeal in the year two thousand eighteen,
March seventh,stamped the fifthtenth.Ohio Revised Codes Sections
Judicial Laws Violations an First Amendment,Fourth Amendment
Violations of the State of Ohio, United States Constitution,Examples
Twelve Jury Members Racial Composition **U.S. 476,U.S.79 (1986)** Filed
October 30th 2017 Miranda Laws, Miranda vs Arizona **U.S.384,436
U.S.371,471** Illegal Search an Seizures Mapp vs Ohio **U.S.367 Due
Process Laws Rule 30 4.1 (1) (A) 4.2 (1) (A)**  Services by the Clerk Office
Being held in custody by the Department of Justice,State of Ohio . Law
Enforcement, **Slander** Retaliation Offense No Evidence exist,No
Evidence by the State Prosecutors Convict or Detain, Defendant for a
period three year term.  Disability of a Judge Rule 63 Bias or Prejudice,

RECEIVED
AUG 1 4 2018

Attitude about releasing Defendant from Conviction when the case
center around Hearsay unclear language as Evidence, **Perjury 2921.11**
of law enforcement officers who testified at trial on **January 4th 2018**
Frame Tampering in unlawful conviction felony case.


### Certificate of Service

_____

Hereby Certified that a copy of this Motion was served to the Clerk

Office Appellate Court of Appeals First District Court on or Before this

Date        July        Day  3rd              year  2018 .

Page 2

Ohio Department of Rehabilitation and Correction
Use Only

OFFENDER
RELEASE CARD

Expires 120 days
after: 04/20/2020

dob: 08/31/1970
ssn: 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

Card ID# A742605 003

ROBERT LEE JACKSON

**HAMILTON COUNTY JUVENILE COURT RECORD OF COMPLAINTS AS OF 12/11/2023 10:55**

PERSONAL INFORMATION

Name: **ROBERT JACKSON**                                    DOB: 08/31/1970              Race: B      Sex: M
IDNO: **36562**                                             SSN:                        License:
Alias:                                                                                  Control No:
Classification:
Phone:      000-0000
Addr:  2504 CHATHAM ST CINTI, OH 45206
Mother            DEBORAH JACKSON              Livewith?
                  2504 CHATHAM ST CINTI, OH 45206

Father            ROBERT JACKSON              Livewith?
                  3843 VINE ST  CINTI, OH 45217

*My Father Name Isnt Robert Jackson*

Delinquent: 14    Adj: 10    Unruly: 0    Adj: 0    Traffic: 0    Adj: 0    FTA: 0    SC: 3
Parole: 0    Adj: 0    Prob: 0    Adj: 0    EMU: 0    Adj: 0    WD: 0    Adj: 0    Adult: 0    Guilty: 0
CURRENT STATUS

| INACTIVE PROBATION | *These* | PENDING HEARINGS: |
| TERMINATED DYS | *Case numbers are false* | |

****************************** DELINQUENT / UNRULY INFORMATION ******************************
    Case No: /88/004738      X                        Date of Filing: 04/25/1988
    Complaint: **ASSAULT**                             Offense Date: 04/25/1988
              Degree: M1  Section:    2903.13          ORCN

                                                  *If These cases was dismissed*
    Fingerprint Date:            Agency:           *why are they on my record*
    Remarks:        BL

DATE            DESCRIPTION                                              JUDGE/MAGISTRATE
04/25/1988      Bond set at HOLD $.                                      ,
05/10/1988      Counsel requested.                                       McManus, John
05/10/1988      Dismissed without prejudice at the request of prosecuting witness.   McManus, John
---------------------------------------------------------------------------------------------
    Case No: /88/004737      Z                        Date of Filing: 04/25/1988
    Complaint: **DOMESTIC VIOLENCE**                   Offense Date: 04/25/1988
              Degree: M1  Section:    2919.25          ORC

    Fingerprint Date:            Agency:
    Remarks:        BL

DATE            DESCRIPTION                                              JUDGE/MAGISTRATE
04/25/1988      Bond set at HOLD $.                                      ,
05/10/1988      Counsel requested.                                       McManus, John
05/10/1988      Dismissed without prejudice at the request of prosecuting witness.   McManus, John
---------------------------------------------------------------------------------------------
    Case No: /88/004736      X                        Date of Filing: 04/25/1988
    Complaint: **CRIMINAL DAMAGING/ENDANGERING**       Offense Date: 04/25/1988
              Degree: M1  Section:    2909.06          ORCN

    Fingerprint Date:            Agency:
    Remarks:        BL

DATE            DESCRIPTION                                              JUDGE/MAGISTRATE
04/25/1988      Bond set at HOLD $.                                      ,
05/10/1988      Counsel requested.                                       McManus, John
05/10/1988      Dismissed without prejudice at the request of prosecuting witness.   McManus, John
---------------------------------------------------------------------------------------------

*No Record of Court proceeding For this offense it never happen*

Case No: /87/007492      X                          Date of Filing: 07/17/1987
   Complaint: **PAROLE VIOLATION**                  Offense Date: 07/14/1987
         Degree:    Section:    2151.38        ORC

Fingerprint Date:                   Agency: DYS
   Remarks:        CS

*this Information Repeated over and over again this offense is False cause I was Never placed on Parole*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|---|---|---|
| 02/16/1988 | Admit. | Melvin, William |
| 02/16/1988 | Written waiver of counsel signed and accepted. | Melvin, William |
| 02/16/1988 | Adjudged in violation of parole. | Melvin, William |
| 02/17/1988 | Detention Release | Melvin, William |
| 02/17/1988 | Written waiver of counsel signed and accepted. | Melvin, William |
| 02/17/1988 | Continue for plea to 02/17/1988. | Melvin, William |
| 03/17/1988 | Continue for disposition to 03/17/1988. | Melvin, William |
| 03/30/1988 | Continue for presence of parent to 03/30/1988. | Melvin, William |
| 05/10/1988 | Counsel requested. | McManus, John |
| 05/11/1988 | Counsel present. | Reed, Eileen |
| 05/11/1988 | Continue for disposition to 05/11/1988. | McManus, John |
| 05/11/1988 | Bond set at HOLD $. | Reed, Eileen |
| 05/17/1988 | Counsel present. | Reed, Eileen |
| 05/17/1988 | Continue for disposition to 05/17/1988. | Reed, Eileen |
| 05/17/1988 | Refer BACK TO DEPT OF YOUTH SERV. | Miller, Allen |
| 05/17/1988 | Court costs. | Miller, Allen |
| 05/17/1988 | Parole revoked, return to the Ohio Department of Youth Services for a period of re-institutionalization. If juvenile was judicially or early released, the juvenile is returned consistent with the order of commitment and is to serve the balance of the commitment or a minimum period of 90 days, whichever is greater.  If the juvenile was on supervised release, re-institutionalize for a period of 30 days, all pursuant to ORC 2151.38 and 5139.52. ^h responsible for costs of education. Warrant to convey. | Miller, Allen |
| 09/01/1988 | Terminate Permanent Commitment. | Miller, Allen |

-----------------------------------------------------------------------------------

Case No: /86/010462      X                          Date of Filing: 10/27/1986
   Complaint: **THEFT - FELONY**                    Offense Date: 10/27/1986
         Degree: F4  Section:    2913.02      F  ORC

Fingerprint Date:                   Agency:
   Remarks:        CS

*SAMe Information Repeated over and over again these Case numbers False*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|---|---|---|
| 10/27/1986 | Bond set at HOLD $. |  |
| 11/03/1986 | Continue for plea to 11/03/1986. | Clark, Sharmaine |
| 11/04/1986 | Admit. | Schoettmer, Sara |
| 11/04/1986 | Counsel present. | Schoettmer, Sara |
| 11/04/1986 | Continue for plea to 11/04/1986. | Schoettmer, Sara |
| 11/04/1986 | Adjudged delinquent. | Schoettmer, Sara |
| 11/07/1986 | Counsel present. | Schoettmer, Sara |
| 11/07/1986 | Continue for disposition to 11/07/1986. | Schoettmer, Sara |
| 11/07/1986 | Court costs remitted as defendant found to be indigent. | Schoettmer, Sara |
| 11/07/1986 | Permanent Commitment to Ohio Department of Youth Services. | Schoettmer, Sara |
| 11/07/1986 | Obligation SCHOOL DISTRICT. | Schoettmer, Sara |
| 06/25/1987 | Place on parole. | Miller, Allen |
| 08/31/1988 | Terminate Permanent Commitment. | Miller, Allen |

-----------------------------------------------------------------------------------

Case No: /86/010368      X                          Date of Filing: 10/24/1986
   Complaint: **PAROLE VIOLATION**                  Offense Date: 10/24/1986
         Degree:    Section:    2151.38        ORC

Fingerprint Date:                   Agency:
   Remarks:        PG

*I was never placed on Parole this Information as a Juvenile Repeated over and over again*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|---|---|---|
| 10/24/1986 | Bond set at HOLD $. |  |
| 10/31/1986 | Continue for plea to 10/31/1986. | McManus, John |
| 11/03/1986 | Continue for plea to 11/03/1986. | Clark, Sharmaine |
| 11/04/1986 | Admit. | Schoettmer, Sara |

| 11/04/1986 | Counsel present. | Schoettmer, Sara |
| 11/04/1986 | Continue for plea to 11/04/1986. | Hearing, Detention |
| 11/04/1986 | Adjudged in violation of parole. | Schoettmer, Sara |
| 11/07/1986 | Counsel present. | Schoettmer, Sara |
| 11/07/1986 | Continue for disposition to 11/07/1986. | Schoettmer, Sara |
| 11/07/1986 | Refer TO DYS-RETURN TO INSTITUTION. | Schoettmer, Sara |
| 11/07/1986 | Court costs remitted as defendant found to be indigent. | Schoettmer, Sara |

---

Case No: /86/001832    X    Date of Filing: 02/20/1986
Complaint: **ROBBERY**    Offense Date: 02/17/1986
Degree: F2  Section: 2911.02    ORCN
Amended: **THEFT, MISDEMEANOR**
Degree: F4  Section: 2913.02    ORCN
Fingerprint Date:    Agency:
Remarks:    RN

*Same Information offense false case number*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
| 02/20/1986 | Bond set at HOLD $. | , |
| 02/21/1986 | Counsel present. | Schoettmer, Sara |
| 02/27/1986 | Continued for possible bind over to 02/27/1986. | Schoettmer, Sara |
| 02/27/1986 | Probable cause found. | Schoettmer, Sara |
| 03/05/1986 | Continued for mental and physical to 03/05/1986. | Schoettmer, Sara |
| 03/05/1986 | Bind over proceedings dropped. | Schoettmer, Sara |
| 03/05/1986 | Bond set at HOLD $. | Schoettmer, Sara |
| 03/18/1986 | Admit. | Schoettmer, Sara |
| 03/18/1986 | Counsel present. | Schoettmer, Sara |
| 03/18/1986 | Continue for trial to 03/18/1986. | Schoettmer, Sara |
| 03/18/1986 | Court costs remitted as defendant found to be indigent. | Schoettmer, Sara |
| 03/18/1986 | Adjudged delinquent. | Schoettmer, Sara |
| 03/18/1986 | Permanent Commitment to Ohio Department of Youth Services. | Schoettmer, Sara |
| 03/18/1986 | Obligation SCHOOL DISTRICT. | Schoettmer, Sara |
| 10/16/1986 | Place on parole. | Miller, Allen |

---

Case No: /86/001498    X    Date of Filing: 02/11/1986
Complaint: **PAROLE VIOLATION**    Offense Date: 02/03/1986
Degree:  Section: 2151.38    ORC

Fingerprint Date:    Agency:
Remarks:    RN

*I was Never placed on parole at all Incorrect Classification*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
| 02/11/1986 | Bond set at HOLD $. | |
| 02/21/1986 | Deny. | Schoettmer, Sara |
| 02/21/1986 | Counsel present. | Schoettmer, Sara |
| 02/27/1986 | Continue for trial to 02/27/1986. | Schoettmer, Sara |
| 03/05/1986 | Continue for trial to 03/05/1986. | Schoettmer, Sara |
| 03/18/1986 | Counsel present. | Schoettmer, Sara |
| 03/18/1986 | Continue for trial to 03/18/1986. | Schoettmer, Sara |
| 03/18/1986 | Court costs remitted as defendant found to be indigent. | Schoettmer, Sara |

---

Case No: /84/007985    Z    Date of Filing: 09/17/1984
Complaint: **ROBBERY**    Offense Date: 09/17/1984
Degree: F3  Section: 2911.02    ORCN
Amended: **ATTEMPT ROBBERY**
Degree: F3  Section: 2911.02  T  ORC
Fingerprint Date:    Agency:
Remarks:    JPH

*This case was United Diary's Farmer in 1986 it occurred at night was arrested Next Day there were two other suspects they blame me for it*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
| 09/17/1984 | Bond set at HOLD $. | |
| 09/18/1984 | Deny. | Clark, Sharmaine |
| 09/18/1984 | Counsel present. | Clark, Sharmaine |
| 09/18/1984 | Take into custody and hold in detention per Rule 7. | Clark, Sharmaine |
| 09/18/1984 | Bond set at HOLD $. | Clark, Sharmaine |
| 09/24/1984 | Admit. | Clark, Sharmaine |
| 09/24/1984 | Continue for trial to 09/24/1984. | Clark, Sharmaine |
| 09/24/1984 | Adjudged delinquent. | Clark, Sharmaine |
| 09/24/1984 | Permanent Commitment to Ohio Department of Youth Services. | Clark, Sharmaine |

*I didn't Plea Guilty I was sent to DYS anyhow NO Fair trial*

*Offense occurred on September 26th 1984 original charge was theft*

Case No: /84/003374   X
Complaint: **BREAK AND ENTER - ELDERLY VICTIM**
          Degree: F4   Section:   2911.13        ORCN

Date of Filing: 04/09/1984
Offense Date: 04/07/1984

Fingerprint Date:                    Agency:
Remarks:          JPH

*This case is false there No Such crime Named ORC*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|------|-------------|------------------|
| 06/05/1984 | Admit. | Lipps, Thomas |
| 06/05/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/05/1984 | Restitution ordered. | Lipps, Thomas |
| 06/05/1984 | Continued for service to 06/05/1984. | Schoettmer, Sara |
| 06/05/1984 | Adjudged delinquent. | Lipps, Thomas |
| 06/19/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/19/1984 | Continue for disposition to 06/19/1984. | Lipps, Thomas |
| 06/19/1984 | Court costs. | Lipps, Thomas |
| 06/19/1984 | Fine of $25.00 imposed. | Lipps, Thomas |
| 06/19/1984 | Commit to the permanent custody of the Ohio Department of Youth Services. Said commitment is suspended on the condition that the defendant obey all laws and orders of this Court. Said commitment to remain in effect until the defendant reaches age 21. | Lipps, Thomas |
| 09/24/1984 | Court costs remitted as defendant found to be indigent. | Lipps, Thomas |

*This offense and the date was 9/26/84*

---------------------------------------------------------------------

Case No: /84/003373   Z
Complaint: **AGGRAVATED BURGLARY**
          Degree: F1   Section:   2911.11        ORCN

Date of Filing: 04/09/1984
Offense Date: 03/17/1984

*Dates*

Fingerprint Date:                    Agency:
Remarks:          JPH
Probation Officer: Diane Wright

*No evidence I committed Burglary this case number is false made up case numbers*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|------|-------------|------------------|
| 06/05/1984 | Admit. | Lipps, Thomas |
| 06/05/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/05/1984 | Restitution ordered. | Lipps, Thomas |
| 06/05/1984 | Continued for service to 06/05/1984. | Schoettmer, Sara |
| 06/05/1984 | Adjudged delinquent. | Lipps, Thomas |
| 06/05/1984 | Place on probation for investigation. | Lipps, Thomas |
| 06/05/1984 | Take into custody and hold in detention per Rule 7. | Lipps, Thomas |
| 06/05/1984 | Bond set at HOLD $. | Lipps, Thomas |
| 06/19/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/19/1984 | Continue for disposition to 06/19/1984. | Lipps, Thomas |
| 06/19/1984 | Court costs. | Lipps, Thomas |
| 06/19/1984 | Fine of $25.00 imposed. | Lipps, Thomas |
| 06/19/1984 | Place on probation. | Lipps, Thomas |
| 06/19/1984 | Commit to the permanent custody of the Ohio Department of Youth Services. Said commitment is suspended on the condition that the defendant obey all laws and orders of this Court. Said commitment to remain in effect until the defendant reaches age 21. | Lipps, Thomas |
| 09/01/1984 | Restitution Paid | Lipps, Thomas |
| 09/24/1984 | Counsel present. | Lipps, Thomas |
| 09/24/1984 | Court costs remitted as defendant found to be indigent. | Lipps, Thomas |
| 09/24/1984 | Permanent Commitment to Ohio Department of Youth Services. | Lipps, Thomas |
| 09/24/1984 | Obligation SCHOOL DISTRICT. | Lipps, Thomas |
| 09/24/1984 | Terminate probation. | Lipps, Thomas |
| 07/26/1985 | Motion For Early Release | Lipps, Thomas |
| 09/24/1985 | Continue for hearing on Early Release to 09/05/1985. | Lipps, Thomas |
| 09/05/1985 | Motion MOTION FOR EARLY RELEASE DENIED. | Lipps, Thomas |
| 10/17/1985 | Place on parole. | Lipps, Thomas |
| 10/17/1985 | Motion MOTION FOR EARLY RELEASE GRANTED. | Lipps, Thomas |

*I only went to DYS three times Time dont Fit Crime*

---------------------------------------------------------------------

Case No: /84/003372   X
Complaint: **AGGRAVATED BURGLARY**
          Degree: F1   Section:   2911.11        ORCN

Date of Filing: 04/09/1984
Offense Date: 03/11/1984

Fingerprint Date:                    Agency:
Remarks:          JPH

*this case number is False.*

DATE        DESCRIPTION                                      JUDGE/MAGISTRATE

| 06/05/1984 | Admit. | Lipps, Thomas |
|---|---|---|
| 06/05/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/05/1984 | Restitution ordered. | Lipps, Thomas |
| 06/05/1984 | Continued for service to 06/05/1984. | Schoettmer, Sara |
| 06/05/1984 | Adjudged delinquent. | Lipps, Thomas |
| 06/19/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/19/1984 | Continue for disposition to 06/19/1984. | Lipps, Thomas |
| 06/19/1984 | Court costs. | Lipps, Thomas |
| 06/19/1984 | Fine of $25.00 imposed. | Lipps, Thomas |
| 06/19/1984 | Commit to the permanent custody of the Ohio Department of Youth Services. Said commitment is suspended on the condition that the defendant obey all laws and orders of this Court. Said commitment to remain in effect until the defendant reaches age 21. | Lipps, Thomas |
| 06/19/1984 | Work detail, unpaid daily. | Lipps, Thomas |
| 07/11/1984 | Work Detail Completed | Lipps, Thomas |
| 09/01/1984 | Restitution Paid | Lipps, Thomas |
| 09/24/1984 | Court costs remitted as defendant found to be indigent. | Lipps, Thomas |

---

Case No: /84/003371   Z       Date of Filing: 04/09/1984
Complaint: **AGGRAVATED BURGLARY**      Offense Date: 04/07/1984
Degree: F1  Section: 2911.11   ORCN

Fingerprint Date:   Agency:
Remarks:   JPH

*False case numbers Burglary is a serious crime why I didn't recieve more Time if this happen*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|---|---|---|
| 06/05/1984 | Written waiver of counsel signed and accepted. | Lipps, Thomas |
| 06/05/1984 | Continued for service to 06/05/1984. | Schoettmer, Sara |
| 06/05/1984 | Dismiss at request of state. | Lipps, Thomas |

---

Case No: /83/007287   Z      Date of Filing: 09/07/1983
Complaint: **BREAK AND ENTER - ELDERLY VICTIM**   Offense Date: 08/30/1983
Degree:  Section: 2911.13   ORCN

Fingerprint Date:   Agency:
Remarks:   RN
Probation Officer: Ezel Fobbs

*Breaking & Entering is a serious crime why I didnt get sent to DYS*

| DATE | DESCRIPTION | JUDGE/MAGISTRATE |
|---|---|---|
| 09/30/1983 | Admit. | Bacon, David |
| 09/30/1983 | Written waiver of counsel signed and accepted. | Bacon, David |
| 09/30/1983 | Adjudged delinquent. | Bacon, David |
| 09/30/1983 | Place on probation for investigation. | Bacon, David |
| 10/19/1983 | Continue to 10/19/1983. | Bacon, David |
| 10/19/1983 | Court costs. | Bacon, David |
| 10/19/1983 | Place on probation. | Bacon, David |
| 03/30/1984 | Terminate probation. | Bacon, David |

\******** END OF RECORD

*its my memory I was sent to DYS three times as a Juvenile in 1984 - 1986 - 1987 two times was a made up lie I never stoled anything from United Dairy Farmers in 1986 and I never violated Probation I was never placed on Parole as a Juvenile or Adult*