AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| ROBERT LEE JACKSON, | ) |
|---|---|
| *Plaintiff* | ) |
| | ) Civil Action No. 1:25-cv-209 |
| DAVID STEVENS, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court largely ADOPTS the R&R's conclusions but based on different reasoning. (Doc. 7). In short, the Court OVERRULES Jackson's Objections (Doc. 9) and DISMISSES this matter WITHOUT PREJUDICE under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction. Moreover, because the Court lacks subject-matter jurisdiction, the Court DENIES all other pending motions as MOOT. The Court further CERTIFIES, under 28 U.S.C. § 1915(a)(3), that an appeal of this Opinion and Order would not be made in good faith, and DENIES Plaintiff leave to appeal in forma pauperis.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole

Date: 11/21/25

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk